UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. BROWN,<br><br>Petitioner,<br><br>v.<br><br>SHERMAN STEWART, Warden,<br><br>Respondent. | No. 2:18-cv-01787-GGH<br><br><u>ORDER</u> |

     Petitioner filed a petition for habeas corpus pro se challenging the constitutionality of his sentence conviction and sentencing, ECF No 1, together with a motion to file a second or successive habeas petition., ECF No. 3, on June 21, 2018. His pleadings show that petitioner was tried and convicted in the Superior Court for Merced County, ECF No. 1 at 1, that his first level of appeal was heard by the Fifth District Court of Appeal, <u>id.</u> at 2, and he is housed in Corcoran State Prison, <u>id.</u> at 1, the Warden of which is the named Respondent, all of which are found in the Fresno Division of this Court.

////
////
////
////
////

1

In light of the foregoing, IT IS HEREBY ORDERED that:

The Clerk of the Court shall transfer this matter to the Fresno Division of the Eastern District of California.

Dated: July 3, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE